UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ANTHONY JAMES,

    Plaintiff,

v.           CASE NO.: 8:19-cv-00557-SCB-JSS

I.C. SYSTEMS, INC.,

    Defendant.

_____./

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**COMES NOW** the Plaintiff, Anthony James and the Defendant, I.C. Systems, Inc., pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), by and through their undersigned counsel, hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff against the Defendant, in the above styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

By:

| | |
|---|---|
| /s/ *Amanda J. Allen, Esq.* | /s/ *Joseph C. Proulx, Esq.* |
| **Amanda J. Allen, Esquire** | **Joseph C. Proulx, Esquire** |
| Florida Bar No. 98228 | Florida Bar No. 0056830 |
| Amanda@TheConsumerProtectionFirm.com | jproulx@gsgfirm.com |
| Geoffrey E. Parmer, Esquire | Dale T. Golden, Esquire |
| Florida Bar No. 989258 | Florida Bar No. 0094080 |
| Geoff@TheConsumerProtectionFirm.com | dgolden@gsgfirm.com |
| The Consumer Protection Firm, PLLC | Golden Scaz Gagain, PLLC |
| 4030 Henderson Blvd. | 201 North Armenia Avenue |
| Tampa, FL 33629 | Tampa, FL 33609-2303 |
| Tele: (813) 500-1500 | Tele: (813) 251-5500 |
| Fax: (813) 435-2369 | Fax: (813) 251-3675 |
| ***Attorney for Plaintiff*** | ***Attorney for Defendant*** |

## CERTIFICATE OF SERVICE

I certify that on January 15, 2020, a copy of the foregoing document was served using the CM/ECF system, which will provide electronic notice of filing to all counsel of record.

        *s/Amanda J. Allen, Esq.*
        **Amanda J. Allen, Esquire**
        Florida Bar No. 98228
        Amanda@TheConsumerProtectionFirm.com
        Shenia@TheConsumerProtectionFirm.com
        THE CONSUMER PROTECTION FIRM, PLLC
        4030 Henderson Blvd.
        Tampa, FL 33629
        Tele: (813) 500-1500
        Fax: (813) 435-2369
        ***Attorney for Plaintiff***